1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT COOK, a Texas resident and LORENA SMITH, a Texas resident, d/b/a ECONO-SOFT.COM,<br><br>Defendants. | Case No. 07-CV-1700-JPD<br><br>STIPULATED INJUNCTION |

The parties, Microsoft Corporation ("Microsoft") and Robert Cook ("Cook"), consented to this matter proceeding before the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Dkt. No. 15.

Based on the stipulation of the parties, Dkt. No. 20, it is hereby ORDERED that Defendant Cook shall cease and refrain from engaging in any of the following activities, and from assisting, aiding, or abetting any other person or entity in engaging in or performing any of the following activities:

    a.    engaging in the business of advertising, distributing, and selling unauthorized computer software, including programs covered by Microsoft's registered copyrights and bearing Microsoft's registered trademarks or imitations thereof;

  b.  advertising and distributing unauthorized Microsoft software in interstate commerce on the Internet, including via the website <econo-soft.com>; and

  c.  engaging in any other activity constituting an infringement of any of Microsoft's property rights, Registered or Unregistered Trademarks, servicemarks and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these property rights, trademarks, servicemarks, and/or copyrights.

DATED this 17th day of February, 2009.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge